IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-24028-JAL

LIQUID METAL, INC., a Florida company,

      Plaintiff,

v.

ART BOX, a California business entity, and
HYO SANG KIM, an individual,

      Defendants.
_____/

**STIPULATION FOR ENTRY OF ORDER DISMISSING
THE CASE WITH PREJUDICE AND RETAINING
JURISDICTION TO ENFORCE TERMS OF SETTLEMENT**

      Plaintiff LIQUID METAL, INC. ("Liquid Metal"), by and through its undersigned attorneys, and Defendants ART BOX ("Art Box") and HYO SANG KIM ("Kim"), hereby stipulate to the entry by the Court of an order dismissing the case with prejudice and retaining jurisdiction to enforce the terms of the settlement Agreement between the parties. Defendants Art Box and Kim, with the advice of their own counsel, have executed the settlement agreement attached hereto and agree to the filing of this stipulation and the entry of the proposed order.

Dated: January 14, 2013.

                                     Respectfully submitted,

                                     By:_s/Jorge Espinosa_____
                                         Jorge Espinosa, Esq. (FB# 779032)
                                         Jespinosa@etlaw.com
                                         ESPINOSA|TRUEBA PL
                                         1428 Brickell Avenue, Suite 100
                                         Miami, Florida  33131
                                         Tel:  305-854-0900
                                         Fax:  855-854-0900

                                         *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 14, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that this document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically filed Notices of Electronic Filing.

By:  s/Jorge Espinosa

<u>**SERVICE LIST**</u>

United States District Court for the Southern District of Florida
*LIQUID METAL, INC. v. ART BOX and HYO SANG KIM*
CASE NO. 12-CV-24028-JAL

Jorge Espinosa, Esq.
Jespinosa@etlaw.com
Francesca Russo, Esq.
Frusso@etlaw.com
ESPINOSA | TRUEBA, P.L.
1428 Brickell Avenue
Suite 100
Miami, Florida 33131
Tel: 305-854-0900
Fax: 855-854-0900
*Counsel for Plaintiffs*
*Via CM/ECF*

Art Box and Hyo Sang Kim
777 East 10th Street, #115
Los Angeles, CA  90021
*Via Mail*