IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-24028-JAL

LIQUID METAL, INC., a Florida company,

    Plaintiff,

v.

ART BOX, a California business entity, and
HYO SANG KIM, an individual,

    Defendants.
_____/

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Stipulation For Entry Of Order Dismissing The Case With Prejudice And Retaining Jurisdiction To Enforce Terms Of Settlement. Upon consideration of the Stipulation and the entire record in this action, it is hereby

ORDERED AND ADJUDGED as follows:

1.    This action is hereby dismissed with prejudice.

2.    Each Party shall be responsible for and bear its own attorneys' fees and costs incurred in connection with this action.

3.    The Court will retain jurisdiction to enforce the terms of the Settlement Agreement between the parties.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this ___ day of January, 2013.

                                                HON. JOAN A. LENARD
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record on the attached service list

## SERVICE LIST
United States District Court for the Southern District of Florida
*LIQUID METAL, INC. v. ART BOX and HYO SANG KIM*
CASE NO. 12-CV-24028-JAL

Jorge Espinosa, Esq.
Jespinosa@etlaw.com
Francesca Russo, Esq.
Frusso@etlaw.com
ESPINOSA | TRUEBA, P.L.
1428 Brickell Avenue
Suite 100
Miami, Florida 33131
Tel: 305-854-0900
Fax: 855-854-0900
*Counsel for Plaintiffs*
*Via CM/ECF*

Art Box and Hyo Sang Kim
777 East 10th Street, #115
Los Angeles, CA 90021
*Via Mail*